Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-178RAJ |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |
| LAURETTE E. BAKER, | |
| Defendant. | |

THIS MATTER has come before the Court on the defendant's Unopposed Motion to Modify Conditions of Supervised Release. The Court having reviewed the records and files therein, and finding good cause,

IT IS HEREBY ORDERED that defendant's Motion (Dkt. #21) is GRANTED, and the condition that Ms. Baker must submit periodic drug testing is stricken. All other conditions of supervised release shall remain in effect.

DATED this 24th day of February, 2016.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO MODIFY CONDITIONS
OF SUPERVISED RELEASE
(*Laurette Baker*; CR15-178RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100